**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **EARNEST WILRIDGE** | **CIVIL ACTION NO.  25-1510** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED RENTALS INC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

The undersigned hereby recuses himself from this matter, and **ORDERS** that the case be transferred to the Chief Judge for reassignment.

**THUS DONE AND SIGNED** in Chambers this 5th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**